# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LAURA SMITH,**

    **Plaintiff,**

**vs.**                                           **Case No. 4:06cv496-WS/WCS**

**JACOBS ENGINEERING GROUP, INC.,**

    **Defendant.**

    _____/

## REPORT AND RECOMMENDATION ON DOC. 107

    Defendant has moved to dismiss Count II of the first amended complaint, alleging negligent hiring or retention of Defendant's driver. Doc. 107. In the alternative, the motion seeks to exclude evidence solely probative of that claim. In response, Plaintiff has given notice of voluntary dismissal of Count II without prejudice. Doc. 130. Since an answer and a motion for summary judgment were earlier filed and the consent of Defendant has not been obtained, the notice is construed to be a motion pursuant to FED. R. CIV. P. 41(a)(2).

    Good cause having been shown, it is **RECOMMENDED** that the Court **GRANT** Plaintiff's motion for voluntary dismissal of Count II without prejudice, doc. 130,

**DISMISS** Count II without prejudice, and **DENY** Defendant's motion to dismiss, doc. 107, as moot.

    **IN CHAMBERS** at Tallahassee, Florida, on March 25, 2008.

                                          **s/    William C. Sherrill, Jr.**
                                          **WILLIAM C. SHERRILL, JR.**
                                          **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

    **A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**