UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAURA L. SMITH,

    Plaintiff,

v.                                                                                 4:06cv496-WS

JACOBS ENGINEERING GROUP, INC.,

    Defendant.

_____

ORDER DISMISSING COUNT II OF PLAINTIFF'S
FIRST AMENDED COMPLAINT

    Before the court is the magistrate judge's report and recommendation (doc. 132) docketed March 25, 2008.  The magistrate judge recommends that the plaintiff's motion (doc. 130) for voluntary dismissal of Count II of her amended complaint be granted.

    The court having reviewed the record, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 132) is ADOPTED and incorporated by reference into this order.

    2.  The plaintiff's notice (doc. 130) of voluntary dismissal of Count II, construed as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41(a)(2), is GRANTED, and Count II of the plaintiff's first amended complaint is DISMISSED WITHOUT PREJUDICE.

    3.  The defendant's motion (doc. 107) to dismiss Count II of the plaintiff's first amended complaint or, in the alternative, motion in limine to exclude evidence relating solely to Count II is DENIED as moot.

DONE AND ORDERED this <u>  10th  </u> day of <u>   April   </u>, 2008.

<u>s/ William Stafford                              </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE