UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAURA L. SMITH,

        Plaintiff,

v.                                                                                    4:06cv496-WS

JACOBS ENGINEERING GROUP, INC.,

        Defendant.

ORDER DENYING PLAINTIFF'S FIRST MOTION IN LIMINE
TO EXCLUDE TESTIMONY OF HENRY SADLER

      Before the court is the magistrate judge's report and recommendation (doc. 103) docketed March 6, 2008.  The magistrate judge recommends that the plaintiff's first motion in limine (doc. 65) (to exclude the expert testimony of Henry Sadler) be denied. The plaintiff has filed objections (doc. 118) to the report and recommendation, and the defendant has responded (doc. 137) to those objections.

      The court has reviewed the record and has determined that the magistrate judge's report and recommendation (doc. 103) should be adopted.  Accordingly, it is ORDERED:

      1.  The plaintiff's first motion in limine (to exclude the expert testimony of Henry Sadler) (doc. 65) is DENIED.

      2.  The plaintiff's request for Rule 37 sanctions (doc. 96) is DENIED.

Page 2 of 2

DONE AND ORDERED this __18th__ day of __April__, 2008.

                                                       s/ William Stafford
                                                      WILLIAM STAFFORD
                                                      SENIOR UNITED STATES DISTRICT JUDGE