UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


LAURA L. SMITH,

       Plaintiff,

v.                                                                                        4:06cv496-WS

JACOBS ENGINEERING GROUP, INC.,

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       Before the court is the magistrate judge's report and recommendation (doc. 147) docketed April 14, 2008. The magistrate judge recommends that the court deny the plaintiff's motion (doc. 127) to strike the testimony of Dr. Michael Woodhouse under Daubert v. Merrell Dow Pharms., 509 U.S. 579 (1993). The parties have filed no objections to the report and recommendation.[1]

       The court having reviewed the report and recommendation, it is ORDERED:

       1. The magistrate judge's report and recommendation (doc. 147) is ADOPTED and incorporated by reference into this order.

       2. The plaintiff's motion (doc. 127) to strike the testimony of Dr. Woodhouse on the basis of Daubert is DENIED.

---

[1] The plaintiff filed the affidavit of a previously undisclosed witness, Dr. Michael D. Freeman, in response to the report and recommendation. Upon unopposed motion of the defendant, Dr. Freeman's affidavit was struck from the record.

DONE AND ORDERED this ___9th___ day of ___September___, 2008.

                                             s/ William Stafford
                                             WILLIAM STAFFORD
                                             SENIOR UNITED STATES DISTRICT JUDGE