UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


LAURA L. SMITH,

        Plaintiff,

v.                                                                          4:06cv496-WS

JACOBS ENGINEERING GROUP, INC.,

        Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 131) docketed March 24, 2008.  The magistrate judge recommends that the plaintiff's corrected motion for sanctions (doc. 106) be DENIED.  The parties have filed no objections to the report and recommendation.

The court having reviewed the report and recommendation, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 131) is ADOPTED and incorporated by reference into this order.

2.  The plaintiff's corrected motion for sanctions (doc. 106) is DENIED.

DONE AND ORDERED this ____9th____ day of ____September____, 2008.


        s/ William Stafford_____
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE