UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


LAURA L. SMITH,

       Plaintiff,

v.                                                4:06cv496-WS

JACOBS ENGINEERING GROUP, INC.,

       Defendant.

_____

<u>ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORTS AND RECOMMENDATIONS</u>

       Before the court are the magistrate judge's reports and recommendations (docs. 183, 200, & 214) on the defendant's renewed motion to allow the testimony of Dr. Woodhouse and the plaintiff's renewed motion to allow rebuttal testimony from Dr. Freeman.  The magistrate judge recommends that Dr. Woodhouse be permitted to testify in the defendant's case-in-chief and that Dr. Freeman be permitted to testify in rebuttal to Dr. Woodhouse's testimony.  Objections to the reports and recommendations have been filed.  Docs. 188, 202, & 219.

       The court having considered the reports and recommendations in light of the objections, it is ORDERED:

       1.  Two of the magistrate judge's reports and recommendations (docs. 200 & 214) are ADOPTED and incorporated into this order by reference.  The third report and recommendation (doc. 183) has been mooted by the adoption of document 214.

       2.  The defendant's renewed motion (doc. 193) to allow the expert testimony of

Dr. Michael Woodhouse is GRANTED.

3.  The plaintiff's motion to allow—in rebuttal only—the expert testimony of Dr.

Michael Freeman (docs. 176 & 203) is GRANTED.

4.  The parties shall have until February 2, 2009, to depose—if they wish, and at

their own expense—Drs. Woodhouse and Freeman.

DONE AND ORDERED this ___15th___ day of ____December___, 2008.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE